ESTATE OF JOHN H. BREWSTER *v.* APPEAL FROM PROBATE COURT, DISTRICT OF WESTPORT

The defendants' motion to dismiss the appeal of Anthony B. Eberts, Executor, et al. from the Superior Court in Fairfield County is denied.

*Michael M. Calhoun,* with whom were *William C. Strong* and *Anthony M. MacLeod,* for the appellees (defendants Charles S. Wilcox et al.).

*James R. Fogarty, Jr.,* for the appellee (The Chase Manhattan Bank).

*Curtiss K. Thompson,* with whom was *Robert N. Schmalz,* for the appellants (plaintiffs Anthony B. Eberts, Executor [Estate of Carolyn B. Eberts], et al.).

Argued November 6—decided November 6, 1973

SORRELL WEINER, ADMINISTRATOR *v.* NEW LAKEVIEW CONVALESCENT HOME ET AL.

The motion by the named defendant et al. to dismiss the appeal from the Superior Court in New Haven County is granted.

*John J. Cotter,* for the appellees (named defendant et al.).

*William F. Gallagher,* for the appellant (plaintiff).

The motion by the defendant Frederick Zerkowitz to dismiss the appeal from the Superior Court in New Haven County is granted.

*Bruce W. Thompson,* for the appellee (defendant Zerkowitz).

*William F. Gallagher,* for the appellant (plaintiff).